THE LAW OFFICES OF RONALD B. BASS
Ronald B. Bass (#89022)
Sandra L. Benabou (#201105)
560 Lennon Lane, Suite 100
Walnut Creek, CA  94598
Tel:  (925) 256-9855
Fax:  (925) 943-1427

Attorneys for Plaintiffs
Gerardo Maldonado and
Jeannett Maldonado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO Q. MALDONADO and JEANNETT T. MALDONADO,<br><br>             Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2006 SECURITIZED ASSET BACK RECEIVABLES LLC TRUST 2006-FR1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR1, BARKLEY'S, dba HOMEQ, and DOES 1 to 20, Inclusive,<br><br>             Defendants. | Case No.:  C09-04068 TEH<br><br>STIPULATION RE EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AND ORDER |

   Pursuant to Civil L.R. 6-1(b) and Civil L.R. 6-2, the parties hereby stipulate as follows:

   1.   The time for plaintiffs to respond to defendants' motion to dismiss scheduled for hearing on November 2, 2009, is extended to Wednesday, October 21, 2009.

   2.   The time for defendants to reply to plaintiffs' opposition to defendant's motion to dismiss scheduled for hearing on November 2, 2009, is extended to Thursday, October 29, 2009.

- 1 -

STIPULATION RE EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AND ORDER

3. The aforementioned extensions will allow the parties time to further discuss a potential global resolution of the matter. (Please see Declaration of Sandra L. Benabou in Support of Stipulation Re Extension).

Dated: October 16, 2009

THE LAW OFFICES OF RONALD B. BASS

By: *Sandra L. Benabou*
Sandra L. Benabou
Attorneys for Plaintiffs
GERARDO MALDONADO AND JEANNETT MALDONADO

Dated: October 16, 2009

THE LAW OFFICES OF RONALD B. BASS

By: *Brandon Love*
Brandon Love
Attorneys for Defendant
WELLS FARGO BANK, N.A. AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2006 SECURITIZED ASSET BACK RECEIVABLES LLC TRUST 2006-FR1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR1, BARKLEY'S, dba HOMEQ

## ORDER

PURSUANT TO STIPULATION, IT S SO ORDERED.
The hearing, if necessary, will be held on November 16, 2009, at 10:00 AM.

Dated: _____10/20_____, 2009   _____

JUDGE THELTON E. HENDERSON

*[Signature: Judge Thelton E. Henderson]*
*[Seal: United States District Court, Northern District of California]*

- 2 -
STIPULATION RE EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AND ORDER