THE LAW OFFICES OF RONALD B. BASS
Ronald B. Bass (#89022)
Sandra L. Benabou (#201105)
560 Lennon Lane, Suite 100
Walnut Creek, CA  94598
Tel:   (925) 256-9855
Fax:   (925) 943-1427

Attorneys for Plaintiffs
Gerardo Maldonado and Jeannett Maldonado

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO Q. MALDONADO and JEANNETT T. MALDONADO,<br><br>        Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF FEBRUARY 1, 2006 SECURITIZED ASSET BACK RECEIVABLES LLC TRUST 2006-FR1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR1, BARKLEY'S, dba HOMEQ, and DOES 1 to 20, Inclusive,<br><br>        Defendants. | Case No.:  3:09-CV-04068 TEH<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |

     NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure section 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated:   November 9, 2009          THE LAW OFFICES OF RONALD B. BASS

                                   By: _____
                                       Ronald B. Bass
                                       Attorneys for Plaintiffs
                                       GERARDO MALDONADO AND JEANNETT
                                       MALDONADO

*IT IS SO ORDERED*
[signature]
Judge Thelton E. Henderson
11/10/09

- 1 -

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION